```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 12025
   MICHAEL C CEPL
   PATRICIA J CEPL                             CHAPTER 13

                                               JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2390     SSN XXX-XX-4238


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/23/06 and confirmed on 12/07/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   7122.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
ABN AMRO MORTGAGE GROUP    CURRENT MORTG         .00             .00             .00
FIRST AMERICAN BANK        SECURED               .00             .00             .00
HARRIS BANK CONSUMER LOA   SECURED               .00             .00             .00
ALLIANCE WEST SERVICES     UNSECURED       NOT FILED            .00             .00
BECKET & LEE LLP           UNSECURED         3459.39            .00          196.23
ECAST SETTLEMENT CORPORA   UNSECURED         9728.58            .00          551.86
RESURGENT CAPITAL SERVIC   UNSECURED         1768.48            .00          100.32
CAPITAL ONE BANK           UNSECURED         3815.40            .00          216.43
SMC                        UNSECURED         1438.37            .00           81.59
CATON CREST COMMONS        UNSECURED        37455.10            .00         2124.65
CREDITORS COLLECTION BUR   UNSECURED       NOT FILED            .00             .00
FIRST AMERICAN BANK        UNSECURED       NOT FILED            .00             .00
GANZ #043                  FILED LATE            .00            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED          618.62            .00           35.09
LUMC                       UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         8600.13            .00          487.84
MEIER CLINICS              UNSECURED       NOT FILED            .00             .00
PRAIRIE EMERGENCY SERVIC   UNSECURED       NOT FILED            .00             .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED          185.22            .00           10.51
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
DOMINION RETAIL            UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED         1432.09            .00           81.24
RESURGENT CAPITAL SERVIC   UNSECURED          521.72            .00           29.59
RESURGENT CAPITAL SERVIC   UNSECURED          808.84            .00           45.88
AFNI/VERIZON               UNSECURED          933.83            .00           52.97
        Summary of disbursements:
-----------------------------------------------------------------------------
```

```
                    SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00     70765.77          .00      70765.77
PRINCIPAL PAID          .00          .00      4014.20          .00       4014.20
INTEREST PAID           .00          .00          .00          .00            .00
TOTAL PAID              .00          .00      4014.20          .00       4014.20
```

The Debtor's attorney, PATRICK A MESZAROS           , was allowed $   3000.00
and was paid $     200.00   direct and $   2800.00   through the plan.

The Trustee received $     307.80 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/10/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 06 B 12025 MICHAEL C CEPL & PATRICIA J CEPL