```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12025
   MICHAEL C CEPL
   PATRICIA J CEPL                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-2390    SSN XXX-XX-4238
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/23/06 and confirmed on 12/07/06.

2. The plan is paid in full.

3. The Debtor paid a total of $   7122.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABN AMRO MORTGAGE GROUP | CURRENT MORTG | .00 | .00 | .00 |
| FIRST AMERICAN BANK | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| ALLIANCE WEST SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 3459.39 | .00 | 196.23 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9728.58 | .00 | 551.86 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1768.48 | .00 | 100.32 |
| CAPITAL ONE BANK | UNSECURED | 3815.40 | .00 | 216.43 |
| SMC | UNSECURED | 1438.37 | .00 | 81.59 |
| CATON CREST COMMONS | UNSECURED | 37455.10 | .00 | 2124.65 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| FIRST AMERICAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| GANZ #043 | FILED LATE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 618.62 | .00 | 35.09 |
| LUMC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8600.13 | .00 | 487.84 |
| MEIER CLINICS | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 185.22 | .00 | 10.51 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| DOMINION RETAIL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1432.09 | .00 | 81.24 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 521.72 | .00 | 29.59 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 808.84 | .00 | 45.88 |
| AFNI/VERIZON | UNSECURED | 933.83 | .00 | 52.97 |

Summary of disbursements:

```
                    SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00     70765.77          .00      70765.77
PRINCIPAL PAID          .00          .00      4014.20          .00       4014.20
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID              .00          .00      4014.20          .00       4014.20
```

The Debtor's attorney, PATRICK A MESZAROS               , was allowed $   3000.00
and was paid $     200.00   direct and $   2800.00   through the plan.

The Trustee received $     307.80 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/14/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 12025 MICHAEL C CEPL & PATRICIA J CEPL